UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FRANK KIM,

                    Petitioner,                    25-mc-577 (JGK)

        - against -                                ORDER
                                                   UNDER SEAL
BTG PACTUAL ASSET MANAGEMENT US,
LLC, ET AL.,

                    Respondents.

_____

JOHN G. KOELTL, District Judge:

On December 15, 2025, the petitioner, Frank Kim, initiated this action to vacate an arbitration award. ECF No. 1. Mr. Kim simultaneously sought emergency leave to file temporarily under seal his petition to vacate the arbitration award and supporting documents. ECF No. 5. Mr. Kim's motion for leave to file this action under seal temporarily is **granted**. The Clerk is respectfully instructed to seal from the public the docketed filings and party information in this matter. The Clerk is also respectfully instructed to close ECF No. 5.

Mr. Kim should establish good cause for keeping the case under seal by **Tuesday, December 26, 2025,** otherwise the case shall be unsealed. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006).

SO ORDERED.
Dated:    New York, New York
          December 19, 2025

                                        _____
                                             John G. Koeltl
                                        United States District Judge