UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

FRANK KIM,

                    Petitioner,                    25-mc-577 (JGK)

        - against -                                ORDER

BTG PACTUAL ASSET MANAGEMENT US,
LLC, ET AL.,

                    Respondents.

─────────────────────────────────────

JOHN G. KOELTL, District Judge:

On December 19, 2025, the Court granted the petitioner's motion to seal this action provisionally and instructed the petitioner to establish good cause for keeping the case under seal by Tuesday, December 26, 2025, otherwise the case would be unsealed. ECF No. 11. Because the petitioner has failed to establish good cause by that deadline, the case is unsealed. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006).

SO ORDERED.

Dated:    New York, New York
          December 29, 2025            /s/ John G. Koeltl
                                       _____
                                            John G. Koeltl
                                       United States District Judge